NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**NORMAN E. STURDIVANT,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7001

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-1762, Chief Judge William P. Greene, Jr.

---

**ON MOTION**

---

# ORDER

Norman E. Sturdivant moves to stay proceedings in this appeal pending the court's disposition in *Cardwell v. Shinseki*, 2010-7110.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.  Sturdivant's opening brief is due within 30 days of the date of filing of this order.

FOR THE COURT

FEB 0 3 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq.
      Allison Kidd-Miller, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 03 2011

**JAN HORBALY**
**CLERK**